FILED

06/03/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0156

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 22-0156

CITY OF GREAT FALLS,

     Plaintiff and Appellee,

  v.

HANNAH ROSE KUNTZ,

     Defendant and Appellant.

## GRANT

Pursuant to authority granted under Mont. R. App. P. 26(1), the Appellant is given an extension of time until July 5, 2022, to prepare, file, and serve the Appellant's opening brief.

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
June 3 2022